FILED 2-19-03 ENTERED
LODGED RECEIVED

FEB 18 2003

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CC: TO JUDGE

CV 01-01688 #00000127

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AUSTIN L. OKOCHA, | Case No. C01-1688 |
| Plaintiff, | [~~PROPOSED~~] JUDGMENT |
| v. | |
| JANI-KING, INC., JANI-KING INTERNATIONAL, INC., a Texas corporation, JANI-KING FRANCHISING, INC., a subsidiary of Jani-King, Inc., PERFORMANCE FRANCHISING, INC., d/b/a Jani-King of Seattle, BOB VENNELL CO., INC., | |
| Defendants. | |

[PROPOSED] JUDGMENT - PAGE 1

William Sullivan (Bar No. 8196)
Marsh, Mundorf, Pratt, Sullivan & McKenzie
16504 9th Avenue Southeast, Suite 203
Mill Creek, Washington 98012
Tel. (425) 742-4545 Fax (425) 745-6060

LOSANGELES 228973v1 61591-00007

1      This Court, having on December 18, 2002 granted the motion for summary judgment by
2  defendant Jani-King Franchising, Inc. ("JK Franchising")
3      IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff AUSTIN OKOCHA
4  shall take nothing from JK Franchising. JK Franchising may seek the recovery of attorneys' fees
5  and costs as permitted under the Federal Rules of Civil Procedure and the Local Rules of the
6  Western District of Washington within 14 days of the entry of this judgment.

7  DATED: 2/18/03

        The Honorable Thomas D. Zilly
        United States District Judge

Respectfully submitted:

JONATHAN SOLISH (Pro Hac Vice)
KEITH D. KLEIN (Pro Hac Vice)
JENKENS & GILCHRIST, LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025
Telephone: (310) 820-8800
Facsimile: (310) 820-8859

WILLIAM SULLIVAN (Bar No. 8196)
MARSH, MUNDORF, PRATT
SULLIVAN & MCKENZIE
16504 9th Avenue Southeast, Suite 203
Mill Creek, Washington 98012
Telephone: (425) 742-4545
Facsimile: (425) 745-6060

Attorneys for Defendant
JANI-KING FRANCHISING, INC.

[PROPOSED] JUDGMENT - PAGE 2

William Sullivan (Bar No 8196)
Marsh, Mundorf, Pratt, Sullivan & McKenzie
16504 9TH Avenue Southeast, Suite 203
Mill Creek, Washington 98012
Tel (425) 742-4545 Fax (425) 745-6060

LOSANGELES 228973v1 61591-00007

**PROOF OF SERVICE**

STATE OF CALIFORNIA          )
                             )   ss
COUNTY OF LOS ANGELES        )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 12100 Wilshire Boulevard, 15th Floor, Los Angeles, California 90025. On January 7, 2003, I caused to be served the foregoing document described as: **[PROPOSED] JUDGMENT** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelopes addressed as follows:

Austin Agomuoh, Esq.                    *Attorney for Plaintiff*
The Justice Center, P.C.                *AUSTIN L. OKOCHA*
440 Congress Street, Suite 300
Detroit, Michigan 48226
Fax (313) 961-3110

[ ]     **BY MAIL**: I placed true copies of the foregoing document in sealed envelopes addressed as stated on the above/attached service list. I placed such envelope, with postage thereon fully prepaid, for collection and mailing at Jenkens & Gilchrist, Los Angeles, California I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice the mail would be deposited with the U. S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]     **BY OVERNIGHT MAIL** I placed true copies of the foregoing documents in a sealed Federal Express package on the above/attached service list.

[ ]     **PERSONAL:** I personally delivered such envelope by hand to the address above.

[ ] **BY FAX:** I served the foregoing document on the interested parties in this action by transmitting the above-referenced document to the above-mentioned at the following telecopy number:

[ ] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] **(FEDERAL COURT)** I declare under penalty pursuant to the laws of the United States that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 7, 2003 in Los Angeles, California.

Tamara Castro Verduell

-----------------------------------------------------------------

[PROPOSED] JUDGMENT - PAGE 3

William Sullivan (Bar No 8196)
Marsh, Mundorf, Pratt, Sullivan & McKenzie
16504 9TH Avenue Southeast, Suite 203
Mill Creek, Washington 98012
Tel. (425) 742-4545 Fax (425) 745-6060

LOSANGELES 228973v1 61591-00007