FILED — 1703 ENTERED
LODGED  RECEIVED

UNITED STATES DISTRICT COURT
Western District of Washington

APR 16 2003
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

**SUPPLEMENTAL JUDGMENT IN A CIVIL CASE**

AUSTIN L. OKOCHA

v.                                               CASE NUMBER: C01-1688Z

JANI-KING, INC., et al.

CV 01-01688 #00000138

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT

Judgment is hereby entered against plaintiff in the amount of $3,502.50 to be paid to Jani-King International, Inc.

Judgment is also entered against plaintiff in the amount of $192,274.36 to be paid to Jani-King, Inc.; Jani-King Franchising, Inc.; Jani-King of Seattle, Inc.; and Jani-King International, Inc.

BRUCE RIFKIN, Clerk

April 16, 2003                        By _Casey Condon_
Date                                  Casey Condon
                                      Deputy Clerk

138